AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

RECEIVED JAN 9 2023
U.S. Marshals Service, EDNC

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:23-mj-1028-Bm |
| Carlos Alston | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Carlos Alston

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about January 4, 2023, in the Eastern District of North Carolina, Defendant did knowingly possess a firearm while knowing he was an unlawful user of, or addicted to, a controlled substance, in violation of 18 U.S.C. § 922(g)(3).

Date: January 6, 2023; 4:57 pm

*Issuing officer's signature*

City and state: Raleigh, NC

United States Magistrate Judge, Brian S. Meyers
*Printed name and title*

### Return

This warrant was received on *(date)* 01-09-2023, and the person was arrested on *(date)* 01/18/2023
at *(city and state)* Raleigh, NC

Date: 01/20/2023

T. Jeter, ATF
*Arresting officer's signature*

S. Bowyer, USMS
*Printed name and title*

FILED JAN 20 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

SEN
BSM

Case 5:23-cr-00021-FL-RN   Document 9   Filed 01/24/23   Page 1 of 1