FILED IN OPEN COURT
ON 1-24-2023 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
NO. 5:23-CR-21-1FL-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CARLOS ALSTON | ) | |

The Grand Jury charges that:

## COUNT ONE

On a date unknown to the Grand Jury, but in or about December 2022, in the Eastern District of North Carolina, the defendant, CARLOS ALSTON, knowing he was then under indictment by the State of North Carolina for a crime punishable by imprisonment for a term exceeding one year, that being: assault with a deadly weapon with intent to kill and inflicting serious injury, did willfully receive a firearm, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(n) and 924.

## COUNT TWO

On or about January 4, 2023, in the Eastern District of North Carolina, the defendant, CARLOS ALSTON, knowing he was an unlawful user of and addicted to any controlled substance, including marijuana, a Schedule I Controlled Substance, did knowingly possess in and affecting commerce, a firearm, in violation of Title 18, United States Code, Sections 922(g)(3) and 924.

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) One Smith & Wesson SD9VE 9mm pistol, bearing serial number FZL8687, seized on January 4, 2023, from CARLOS ALSTON and any and all associated ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the

intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_____
1/24/2023
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

_____
BY: SARAH E. NOKES
Assistant United States Attorney