UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:23-CR-00021-FL-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **MOTION TO EXTEND TIME TO** |
| v. ) | **FILE RESPONSE TO DEFENDANT'S** |
| ) | **MOTION TO DISMISS** |
| CARLOS ALSTON ) | |

The United States of America, by and through the undersigned Assistant United States Attorney for the Eastern District of North Carolina, respectfully requests a fourteen (14) day extension of time to file a response to Defendant's Motion to Dismiss (DE 17). The current response deadline is March 14, 2023.

The issues raised by the defendant require additional time for the government to investigate and respond properly.

Counsel for the defendant has been contacted and does not object to the motion.

WHEREFORE, the United States moves this Court to extend the time allowed to file a response to Defendant's Motion to Dismiss. A proposed order is attached.

Respectfully submitted this 10th day of March, 2023.

MICHAEL F. EASLEY, JR.

United States Attorney

*BY: /s/ Sarah E. Nokes*
SARAH E. NOKES
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office, EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Sarah.nokes@usdoj.gov
Telephone: 919-856-4286
VA Bar No. 82472

## CERTIFICATE OF SERVICE

This certifies that a copy of this motion has, this 10th day of March, 2023, been served upon Counsel for the defendant via CM/ECF to:

    Edward D. Gray
    Federal Public Defender's Office
    150 Fayetteville Street
    Suite 450
    Raleigh, NC 27601

    MICHAEL F. EASLEY, JR
    United States Attorney

    *BY: /s/ Sarah E. Nokes*
    SARAH E. NOKES
    Assistant United States Attorney
    Criminal Division
    U.S. Attorney's Office, EDNC
    150 Fayetteville Street, Suite 2100
    Raleigh, North Carolina 27601
    Sarah.nokes@usdoj.gov
    Telephone: 919-856-4286
    VA Bar No. 82472