UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:23-CR-00021-FL-RN

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER TO EXTEND TIME TO** |
| v. | ) | **FILE RESPONSE TO DEFENDANT'S** |
| | ) | **MOTION TO DISMISS** |
| CARLOS ALSTON | ) | |

Upon the Governments motion, and for good cause shown, the Government's Motion is hereby GRANTED.

It is therefore ORDERED that the deadline for the Government to file a response to the Defendant's Motion to Dismiss [DE 17] is extended through March 28, 2023.

Any period of delay resulting from granting this continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7) because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

This _____ day of _____, 2023.

_____
LOUISE W. FLANAGAN
United States District Court Judge