UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:23-cr-00021-FL-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **MOTION TO EXTEND TIME TO** |
| v. ) | **FILE OBJECTIONS TO** |
| ) | **MEMORANDUM AND** |
| CARLOS ALSTON ) | **RECOMMENDATIONS** |

The United States of America, by and through the undersigned Assistant United States Attorney for the Eastern District of North Carolina, respectfully requests a fourteen (14) day extension of time to file a response to the Memorandum and Recommendations (DE 27). The current response deadline is August 1, 2023.

The issues discussed in the Memorandum and Recommendations require additional time for the government and defense counsel to investigate and respond properly.

Counsel for the defendant has been contacted and does not object to the motion. Counsel for the defendant requests that Defendant's response deadline also be extended until August 15, 2023.

WHEREFORE, the United States moves this Court to extend the time allowed to file responses to the Memorandum and Recommendations. A proposed order is attached.

Respectfully submitted this 31st day of July, 2023.

    MICHAEL F. EASLEY, JR.
    United States Attorney

    *BY: /s/ Sarah E. Nokes*
    SARAH E. NOKES
    Assistant United States Attorney
    Criminal Division
    U.S. Attorney's Office, EDNC
    150 Fayetteville Street, Suite 2100
    Raleigh, North Carolina 27601
    Sarah.nokes@usdoj.gov
    Telephone: 919-856-4286
    VA Bar No. 82472

CERTIFICATE OF SERVICE

This certifies that a copy of this motion has, this 31st day of July, 2023, been served upon Counsel for the defendant via CM/ECF to:

>Edward D. Gray
>Federal Public Defender's Office
>150 Fayetteville Street
>Suite 450
>Raleigh, NC 27601

>MICHAEL F. EASLEY, JR
>United States Attorney
>
>BY: /s/ Sarah E. Nokes
>SARAH E. NOKES
>Assistant United States Attorney
>Criminal Division
>U.S. Attorney's Office, EDNC
>150 Fayetteville Street, Suite 2100
>Raleigh, North Carolina 27601
>Sarah.nokes@usdoj.gov
>Telephone: 919-856-4286
>VA Bar No. 82472