UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:23-CR-00021-FL-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER TO EXTEND TIME TO** |
| v. ) | **FILE OBJECTIONS TO** |
| ) | **MEMORANDUM AND** |
| CARLOS ALSTON ) | **RECOMMENDATIONS** |

Upon the Governments motion, and for good cause shown, the Government's Motion is hereby GRANTED.

It is therefore ORDERED that the deadline for the parties to file their responses to the Memorandum and Recommendations [DE 27] is extended through August 15, 2023.

Any period of delay resulting from granting this continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7) because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

This _____ day of _____, 2023.

_____
LOUISE W. FLANAGAN
United States District Court Judge