UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-21-FL1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NOTICE OF APPEAL |
| CARLOS ALSTON | |

Notice is hereby given that the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered by the District Court on October 24, 2023, finding that 18 U.S.C. § 922(g)(3) is unconstitutional.

Respectfully submitted this 20th day of November, 2023.

                                             MICHAEL F. EASLEY, JR.
                                             United States Attorney

                              BY:  /s/ *Sarah Nokes*
                                         SARAH NOKES
                                         Assistant United States Attorney
                                         150 Fayetteville Street
                                         Suite 2100
                                         Raleigh, North Carolina 27601
                                         Telephone: 919-856-4530

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Sonya M. Allen
Office of the Federal Public Defender

/s/ *Sarah Nokes*
SARAH NOKES
Assistant United States Attorney