FILED: November 27, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4705

(5:23-cr-00021-FL-RN-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

CARLOS ALSTON

       Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:23-cr-00021-FL-RN-1 |
| Date notice of appeal filed in originating court: | 11/20/2023 |
| Appellant | United States of America |
| Appellate Case Number | 23-4705 |
| Case Manager | Anisha Walker 804-916-2704 |