UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:23-CR-00021-FL-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER TO STAY** |
| v. ) | |
| ) | |
| CARLOS ALSTON ) | |

Upon the Governments motion, and for good cause shown, the Government's Motion is hereby GRANTED.

It is therefore ORDERED that this action is stayed pending resolution of the pending interlocutory appeal by the Fourth Circuit Court of Appeals.

It is further ORDERED that the Arraignment, currently scheduled for December 4, 2023, is cancelled, to be reset upon resolution of the pending interlocutory appeal.

Any period of delay resulting from granting this stay is excluded pursuant to 18 U.S.C. § 3161(h)(1)(C). The ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

This 1st day of December, 2023.

_____
LOUISE W. FLANAGAN
United States District Court Judge